1020

The UNITED STATES of America, Appellee,
v. Mike POPOLA, Appellant.

No. 264.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1937.

David Goldstein and George A. Saden, both of Bridgeport, Conn., for appellant.

Robert P. Butler, U. S. Atty., of Hartford, Conn., and Arthur T. Gorman, Asst. U. S. Atty., of New Haven, Conn.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

UNITED STATES of America v. Clara May SMITH, Administratrix, et al.

No. 1520.

Circuit Court of Appeals, Tenth Circuit.

Jan. 27, 1937.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Benjamin E. Cook, of Ponca City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on stipulation.

UNITED STATES of America, Defendant-Appellant, v. Clement TAYLOR, Plaintiff-Appellee.

No. 145.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Joseph A. McNamara, U. S. Atty., of New York City, William J. Hession, of

Boston, Mass., Julius C. Martin, and Wilbur C. Pickett, Sp. Assts. to the Atty. Gen., and Keith L. Seegmiller, of Washington, D. C.

Ernest W. Gibson, Jr., of Brattleboro, Vt., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Judgment affirmed.

UNITED STATES of America ex rel. Antonio CONTE, Relator-Appellant, v. Byron H. UHL, the District Director of Immigration, Port of New York, Respondent-Appellee.

No. 180.

Circuit Court of Appeals, Second Circuit.

Jan. 18, 1937.

S. Joseph Corrao, of Brooklyn, N. Y. (John F. O'Neil, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Thomas McCall, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.